DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**21ST MORTGAGE CORPORATION,**
Appellant,

v.

**MANILA LAKMAITREE, UNKNOWN SPOUSE OF MANILA LAKMAITREE, UNKNOWN TENANT IN POSSESSION 1,** and **UNKNOWN TENANT 2,**
Appellees.

No. 4D16-3936

[August 3, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kathleen D. Ireland, Judge; L.T. Case No. CACE15-011997.

Sonia Henriques McDowell of Quintairos, Prieto, Wood & Boyer, P.A., Orlando, for appellant.

Brian Korte of Korte & Wortman, P.A., West Palm Beach, for appellee Manila Lakmaitree.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER, JJ., and SMALL, LISA, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***